IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEONA BOOKER**                                                                                     **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00095-KGB**

**MALCBNDR581, L.L.C., d/b/a**
**VALLEY RANCH NURSING & REHAB CENTER**                       **DEFENDANT**

## ORDER

Before the Court is a joint status report and motion to stay proceedings filed by plaintiff Leona Booker and defendant MALCBNDR581, L.L.C. d/b/a Valley Ranch Nursing & Rehab Center (Dkt. No. 9). On July 6, 2018, the parties submitted a notice of settlement to the Court representing that they had entered into a settlement agreement to resolve all claims asserted by Ms. Booker (Dkt. No. 8). In the motion to stay proceedings, the parties represent that they continue to work to finalize the settlement of this matter and expect to file a stipulation of dismissal when permitted to by the United States Bankruptcy Court (Dkt. No. 9). The parties request that this Court stay this matter until such time as the settlement has been approved or the parties otherwise notify the Court (*Id.*). For good cause shown, the Court grants the motion and stays all proceedings in this matter (Dkt. No. 9). The Court directs the parties to notify the Court within 30 days of the decision of the United States Bankruptcy Court.

It is so ordered this 24th day of April, 2019.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Court Judge