**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LEONA BOOKER**                                                                      **PLAINTIFF**

**v.**                                         **Case No. 4:18-cv-00095-KGB**

**MALCBNDR581, L.L.C., d/b/a
VALLEY RANCH NURSING & REHAB CENTER**                          **DEFENDANT**

## ORDER

Before the Court is a joint stipulation of dismissal with prejudice filed by plaintiff Leona

Booker and defendant MALCBNDR581, L.L.C. d/b/a Valley Ranch Nursing & Rehab Center

(Dkt. No. 11). Ms. Booker represents that she wishes to dismiss with prejudice her claims against

defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and with each party to bear its

own costs (*Id.*). The joint stipulation accords with the terms of Rule 41(a)(1)(A)(ii). For good

cause shown, the Court adopts the joint stipulation of dismissal with prejudice (Dkt. No. 11). The

action is dismissed with prejudice with each party to bear its own costs.

It is so ordered this 22nd day of May, 2019.

_____
Kristine G. Baker
United States District Court Judge